## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Matthew Moller & <br>       Brenda Lee Moller <br><br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 18-10227 TPA |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 and index same on the master mailing list.


          Respectfully submitted,

          **/s/James C. Warmbrodt, Esquire**
          James C. Warmbrodt,, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: (215)-627-1322


          Attorney for Movant/Applicant