Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael Matthew Moller
Brenda Lee Moller**
   Debtor(s)

Bankruptcy Case No.: 18−10227−TPA
Per April 24, 2018 Proceeding
Chapter: 13
Docket No.: 22 − 6
Concil. Conf.: October 9, 2018 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 15, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 9, 2018 at 09:30 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H.   Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 24, 2018

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                    Case No. 18-10227-TPA
Michael Matthew Moller                                                    Chapter 13
Brenda Lee Moller
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: vson                 Page 1 of 2                  Date Rcvd: Apr 24, 2018
                               Form ID: 149               Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
```
db/jdb         +Michael Matthew Moller,   Brenda Lee Moller,   1031 West 27th Street,   Erie, PA 16508-1521
14810545       +ACAR Leasing LTD d/b/a GM Financial Leasing,   P.O. Box 183853,   Arlington, TX 76096-3853
14792434        Barclays Card,   Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
14792435        BarclaysCard,   Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
14792436       +Beneficial Consumer Discount Co.,   d/b/a Beneficial Mortgage Co. of PA,
                 2320 West Eighth Street,   Erie, PA 16505-4426
14792439       +Case Management Services LP,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
14792441       +Demetrios H. Tsarouhis, Esquire,   21 S. 9th Street,   Suite 200,   Allentown, PA 18102-4861
14792443       +Erie Community Credit Union,   1129 State Street,   Erie, PA 16501-1911
14792444       +Erie County Tax Claim Bureau,   Erie County Courthouse,   140 West Sixth Street,   Room 110,
                 Erie, PA 16501-1029
14792437      ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: Blaze MasterCard,    P.O. Box 2534,   Omaha, NE 68103-2534)
14792448       +FNB Consumer Discount Co.,   2501 West 12th Street,   Erie, PA 16505-4527
14792446        First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
14792447        First Premier Bank,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
14792449        GM Financial Leasing,   P.O. Box 78143,   Phoenix, AZ 85062-8143
14792450       +I.C. Systems, Inc.,   P.O. Box 64378,   St. Paul, MN 55164-0378
14792452       +Mariner Finance LLC,   8211 Tower Center Drive,   Nottingham, MD 21236-5904
14792456       +Saint Vincent Health Center,   232 West 25th Street,   Erie, PA 16544-0001
14792459       +State Collection Service Inc.,   2509 S. Stoughton Road,   Madison, WI 53716-3314
14803681        Tendto Credit Union,   f/k/a Erie Community Credit Union,
                 c/o Carol F. Messenger, Payment Solution,   1915 East 36th Street,   Erie, PA  16510
14792460        USAA Credit Card Payments,   10750 McDermott Fwy.,   San Antonio, TX 78288-0509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14792438        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2018 02:00:17      CareCredit,   Synchrony Bank,
                 P.O. Box 960061,   Orlando, FL 32896-0061
14792440        E-mail/PDF: creditonebknotifications@resurgent.com Apr 25 2018 02:00:02      Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
14792442       +E-mail/Text: Billing_Paperwork@emergycare.org Apr 25 2018 01:55:02      Emergycare,
                 1926 Peach Street,   Erie, PA 16502-2872
14792445        E-mail/Text: csbankruptcy@eriewaterworks.org Apr 25 2018 01:54:47      Erie Water Works,
                 Collection Dept.,   340 West Bayfront Parkway,   P.O. Box 6179,   Erie, PA 16512-6179
14792451        E-mail/Text: cio.bncmail@irs.gov Apr 25 2018 01:53:50      Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14792453        E-mail/Text: bkr@cardworks.com Apr 25 2018 01:53:39      Merrick Bank,   P.O. Box 660702,
                 Dallas, TX 75266-0702
14792454       +E-mail/Text: bkr@cardworks.com Apr 25 2018 01:53:39      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14792455       +E-mail/Text: MEvan@mch1.org Apr 25 2018 01:54:40      Millcreek Community Hospital,
                 5539 Peach Street,   Suite 1,   Erie, PA 16509-2683
14814999        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2018 01:59:55
                 Portfolio Recovery Associates, LLC,   POB 12941,   Norfolk VA 23541
14793191       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2018 02:00:21
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14792457       +E-mail/Text: jennifer.chacon@spservicing.com Apr 25 2018 01:55:08
                 Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
14792458       +E-mail/Text: jennifer.chacon@spservicing.com Apr 25 2018 01:55:08
                 Select Portfolio Servicing, Inc.,   3217 South Decker Lake Drive,
                 Salt Lake City, UT 84119-3284
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: vson                 Page 2 of 2              Date Rcvd: Apr 24, 2018
                              Form ID: 149               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```