Case 18-10227-TPA    Doc 34    Filed 10/19/18    Entered 10/20/18 00:50:23    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
10/17/18 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL MATTHEW MOLLER and | : | Case No. 18-10227 |
| BRENDA LEE MOLLER | : | |
| *Debtors* | : | Chapter 13 |
| | : | Related to Claim No. 11 |

## ORDER

On October 16, 2018, a ***Notice of Postpetition Mortgage Fees, Expenses, and Charges***, Official Form 410S2, was filed in this case by ***U.S. Bank National Association***, regarding Claim No. 11 ("Notice"). The Court has determined that the *Notice* does not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented, or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)], the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a) A computation of the mortgage fees, expenses, and charges.
(b) A complete and accurate loan payment history.
(c) Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d) For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e) After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f) A Declaration affirming the veracity and accuracy of the foregoing.

***AND NOW,*** this ***17th*** day of ***October, 2018***, in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that: (1) ***on or before November 7, 2018, U.S. Bank National Association*** shall supplement them to comply with the above requirements or it will be ***DISMISSED*** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtor(s) to respond is ***STAYED*** but will commence to run on the filing of the supplement.

Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

c:   Ronda Winnecour, Esq., Trustee
     Counsel for the Debtors
     Debtors
     Creditor and/or Atty

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Matthew Moller
Brenda Lee Moller
    Debtors

Case No. 18-10227-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Oct 17, 2018
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
db/jdb        +Michael Matthew Moller,    Brenda Lee Moller,    1031 West 27th Street,    Erie, PA 16508-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14852938       E-mail/Text: jennifer.chacon@spservicing.com Oct 18 2018 02:34:41
           U.S. Bank National Association, et al,    c/o Select Portfolio Servicing, Inc.,
           P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
           Michael S. Jan Janin    on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
           Michael S. Jan Janin    on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                          TOTAL: 5