IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| MICHAEL MATTHEW MOLLER ) | |
| BRENDA LEE MOLLER, ) | Bankruptcy No. 18-10227-TPA |
| **Debtor(s)** ) | |
| ) | Chapter 13 |
| ACAR LEASING LTD ) | |
| d/b/a GM FINANCIAL LEASING, ) | Related To Document No. 37 and 38 |
| **Movant** ) | |
| ) | |
| v. ) | Response Deadline:  11/26/18 |
| ) | |
| MICHAEL MATTHEW MOLLER ) | **Hearing Date:  12/12/18 at 10:30 AM** |
| BREND ALEE MOLLER, ) | |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ

08057, certify that I am more than 18 years of age and that on November 8, 2018, I served by

United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline

and a copy of the Motion For Relief From Stay filed in this proceeding on:


Michael and Brenda Moller
1031 West 27th Street
Erie, PA 16508
(Debtors)

Michael S. Jan Janin, Esq.
Quinn Buseck Leemhuis Toohey & Kroto Inc.
2222 West Grandview Blvd.
Erie, PA 16506-4508
(Attorney For Debtors)


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)


I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com