FILED
11/15/18 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL MATTHEW MOLLER and <br> BRENDA LEE MOLLER <br> *Debtor(s)* | : <br> : <br> : <br> : <br> : <br> : <br> : | Bankruptcy No. 18-10227 TPA <br> Chapter 13 <br><br> Related to Claim No. 11 |

### ORDER

**AND NOW**, this **15th** day of **November, 2018**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("Notice") having been filed by **U.S. Bank National Association** regarding Claim No. 11, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1)   There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2)   **On or before December 6, 2018** unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

  (a)   An *AMENDED CHAPTER 13 PLAN;*
  (b)   A *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
  (c)   An *OBJECTION* to the *Notice* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(3)   **On or before December 6, 2018** the Trustee may file an *Objection* or *Motion* opposing the *Notice* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(4)   *The failure of either the Debtor(s) or the Trustee to timely file an Objection or Motion opposing the Notice* shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, *provided however*, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____ vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor, Counsel for the Debtor, Claimant

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Matthew Moller
Brenda Lee Moller
    Debtors

Case No. 18-10227-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: mgut    Page 1 of 1    Date Rcvd: Nov 16, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
db/jdb          +Michael Matthew Moller,    Brenda Lee Moller,    1031 West 27th Street,    Erie, PA 16508-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
         for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
        Michael S. Jan Janin    on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
        Michael S. Jan Janin    on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
         ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 6