IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 18-10227TPA |
| | : | |
| MICHAEL MATTHEW MOLLER and | : | |
| BRENDA LEE MOLLER, his wife, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| U.S. BANK, NATIONAL ASSOCIATION, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 11 |
|     v. | : | |
| | : | |
| MICHAEL MATTHEW MOLLER and | : | |
| BRENDA LEE MOLLER, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                               Respectfully submitted,

                                               QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                               BY:    /s/Michael S. JanJanin
                                                           Michael S. Jan Janin, Esquire
                                                           PA Id. No. 38880
                                                           2222 West Grandview Boulevard
                                                           Erie, Pennsylvania 16506-4508
                                                           Telephone: 814-833-2222, Extension 1045
                                                           Direct Dial: 814-314-1051
                                                           Facsimile: 814-833-6753
                                                           E-Mail: mjanjanin@quinnfirm.com
                                                           Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 18-10227TPA |
| | : | |
| MICHAEL MATTHEW MOLLER and | : | |
| BRENDA LEE MOLLER, his wife, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| U.S. BANK, NATIONAL ASSOCIATION, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 11 |
|     v. | : | |
| | : | |
| MICHAEL MATTHEW MOLLER and | : | |
| BRENDA LEE MOLLER, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 20, 2018.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

    Ronda J. Winnecour, Esquire, Chapter 13 Trustee
    **cmecf@chapter13trusteewdpa.com**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 20, 2018

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

    BY:    /s/Michael S. JanJanin
            Michael S. Jan Janin, Esquire
            PA Id. No. 38880
            2222 West Grandview Boulevard
            Erie, Pennsylvania  16506-4508
            Telephone: 814-833-2222, Extension 1045
            Direct Dial: 814-314-1051
            Facsimile: 814-833-6753
            E-Mail: mjanjanin@quinnfirm.com
            Counsel for Debtors

#1174459