FILED
11/30/18 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHAEL MATTHEW MOLLER<br>BRENDA LEE MOLLER,<br>**Debtor(s)**<br><br>ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>**Movant**<br><br>v.<br><br>MICHAEL MATTHEW MOLLER<br>BREND ALEE MOLLER,<br>**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>**Trustee** | Bankruptcy No. 18-10227-TPA<br><br>Chapter 13<br><br>Related To Document No. 37<br><br>Response Deadline:  11/26/18<br><br>**Hearing Date:  12/12/18 at 10:30 AM** |

### ORDER OF COURT

AND NOW, this   30th   day of   November  , 2018, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant ACAR Leasing, LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2015 Buick Verano** bearing vehicle identification number 1G4PP5SK6F4212484, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael Matthew Moller  
Brenda Lee Moller  
    Debtors

Case No. 18-10227-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Nov 30, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2018.  
db/jdb        +Michael Matthew Moller,    Brenda Lee Moller,    1031 West 27th Street,    Erie, PA 16508-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2018 at the address(es) listed below:

           James    Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com  
           Michael S. Jan Janin     on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com  
           Michael S. Jan Janin     on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           William E. Craig     on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                           TOTAL: 6