**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL MATTHEW MOLLER<br>BRENDA LEE MOLLER<br><br>        Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>        Movant<br>vs.<br>ACAR LEASING LTD D/B/A GM<br>FINANCIAL LEASING<br>        Respondents | Case No. 18-10227TPA<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

ACAR LEASING LTD D/B/A GM FINANCIAL LEASING
PO BOX 183853
ARLINGTON, TX 76096

Court claim# 3-2/Trustee CID# 28

The Movant further certifies that on 04/16/2019, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHAEL MATTHEW MOLLER,
BRENDA LEE MOLLER, 1031 WEST
27TH STREET, ERIE, PA  16508

DEBTOR'S COUNSEL:
MICHAEL S JAN JANIN ESQ, QUINN
BUSECK LEEMHUIS ET AL, 2222 W
GRANDVIEW, ERIE, PA  16506-4508

ORIGINAL CREDITOR:
ACAR LEASING LTD D/B/A GM
FINANCIAL LEASING, PO BOX
183853, ARLINGTON, TX  76096

NEW CREDITOR: