IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Michael Matthew Moller and
Brenda Lee Moller                                  :      Bankruptcy No.  18-10227-TPA
                                                   :      Chapter 13
            Debtors                                :
                                                   :
                                                   :      Document No. 10
Movant        USAA Federal Savings Bank            :
                                                   :
        v.                                         :
                                                   :
                                                   :
Respondent (if none, then "No Respondent")         :

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Creditor Name:  USAA Federal Savings Bank

   Incorrect Address:  C/O Weinstein & Riley, PS
                       2001 Western Ave,
                       Suite 400
                       Seattle, WA 98121

Corrected Address:

   Creditor Name:  USAA Federal Savings Bank

   Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                    10700 Abbott's Bridge Road, Suite 170
                    Duluth, GA  30097
                    Phone: 470-321-7112
                    Credit Card Payment Processing- USAA Federal Saving Bank
                    c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                    PO Box 272410
                    Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 12/02/2021

                                                   **Robertson, Anschutz, Schneid, Crane &
                                                   Partners, PLLC**
                                                   Attorney for Secured Creditor
                                                   10700 Abbott's Bridge Rd., Suite 170
                                                   Duluth, GA  30097
                                                   Telephone: (470) 321-7112
                                                   By: /s/ Charles G. Wohlrab
                                                   Charles G. Wohlrab, Esquire
                                                   PA Bar Number  314532
                                                   Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Michael Matthew Moller
1031 West 27th Street
Erie, PA 16508

Brenda Lee Moller
1031 West 27th Street
Erie, PA 16508

And via electronic mail to:

Michael S. Jan Janin
Quinn Buseck Leemhuis
Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Ranesha Straker