**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/23/2022

| | |
|---|---|
| IN RE:<br><br>MICHAEL MATTHEW MOLLER<br>BRENDA LEE MOLLER<br>1031 WEST 27TH STREET<br>ERIE,  PA  16508<br>XXX-XX-9371           Debtor(s)<br><br>XXX-XX-3570 | Case No.18-10227 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/23/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0316 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SELECT PORTFOLIO~US BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number: 3  INT %: 9.00%<br>Court Claim Number: 12<br>CLAIM:  2,391.57<br>COMMENT:  19-060-037.0-212.00*CL12GOV@9%*2291.57@9%/PL*PRI~NO INT STD/CL~STAT ISS | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1200 |
| **ERIE WATER WORKS***<br>340 WEST BAYFRONT PKWY<br>ERIE, PA  16507-2004 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  249.00<br>COMMENT:  19-060-037.0212.00*18/SCH-PL*249.93@SLNT%/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4700 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM:  0.00<br>COMMENT:  CL11-2GOV*741.07@SELECT/PL*735.02X(60+2)=LMT*BGN 3/18*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4764 |
| **BENEFICIAL MORTGAGE/CDC* (RE)++**<br>ATTN REAL ESTATE PMT PROCESSNG<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM:  144.43<br>COMMENT:  9371/3570*CL1-2GOV*261@4%/PL*STAT ISSUE*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9371 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  3,041.34<br>COMMENT:  BARCLAY CARD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3112 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE  19801 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9441 |
| **BLAZE**<br>POB 5096<br>SIOUX FALLS, SD  57117-5096 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2899 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 2,947.19<br>COMMENT: SYNCHRONY*CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2705 |
| **CREDIT ONE BANK**<br>PO BOX 60500<br><br>CITY OF INDUSTRY, CA 91716-0500 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4262 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 1,791.34<br>COMMENT: X1263/SCH*MHC*FNBM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5272 |
| **EMERGYCARE INC**<br>1701 SASSAFRAS ST<br><br>ERIE, PA 16502 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0228 |
| **TENDTO CREDIT UNION**<br>C/O PAYMENT SOLUTIONS MANAGER<br>1915 EAST 36TH ST<br><br>ERIE, PA 16510 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 798.45<br>COMMENT: ERIE COUNTY CU*NO ACCT/SCH*SIGNED W/SEAL 7/18/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5702 |
| **FIRST PREMIER BANK**<br>POB 5114<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3299 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 1,143.52<br>COMMENT: X6852/SCH*REF 3418626581 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1316 |
| **FNB CDC++**<br>2501 W 12TH ST<br>POB 8261<br><br>ERIE, PA 16505 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5085 |
| **IC SYSTEM INC**<br>C/O A THOMAS POKELA ESQ<br>POB 2621<br><br>SIOUX FALLS, SD 57101-2621 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7001 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 3,112.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2740 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 9-2<br>CLAIM: 1,226.54<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2369 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,813.14<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3703 |
| **MILLCREEK COMMUNITY HOSPITAL**<br>5515 PEACH STREET<br>ERIE, PA  16507 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br>ERIE, PA  16544 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4130 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI  53701 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2595 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O ROBERTSON ANSCHUTZ ET AL<br>PO BOX 272410<br>BOCA RATON, FL  33427 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 7,718.19<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5662 |
| **TSAROUSHIS LAW GROUP**<br>21 S 9TH ST<br>ALLENTOWN, PA  18102 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 1,847.55<br>COMMENT: RS/OE*CL3GOV*296.87X6 REM=$/PL@GM FNNCL~$0 ARRS/PL*PMT/CL X 7 REM M( | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8408 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 50.59<br>COMMENT: 9371/3570*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9371 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 3,247.41<br>COMMENT: CL11-2GOV*2121.89@SELECT/PL*THRU 2/18*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4764 |

| CLAIM RECORDS | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:11-2<br>CLAIM:  2,407.89<br>COMMENT:  NT/PL*NTC POSTPET FEE/EXP*REF CL*W/30 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  4764 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ACAR LEASING~GM FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:3-2<br>CLAIM:  0.00<br>COMMENT:  NO UNS/SCH*DEFICIENCY*CL=1067.87*NOTHING DUE*W/28 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8408 |

Case 18-10227-TPA    Doc 51    Filed 06/23/22    Entered 06/23/22 14:17:16    Desc
Page 6 of 6