**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL MATTHEW MOLLER
BRENDA LEE MOLLER

        Debtor(s)         |    Case No. 18-10227TPA

Ronda J. Winnecour      |    Chapter 13

        Movant        |    Document No.___
    vs.

US BANK NA - INDENTURE TRUSTEE CIM
TRUST 2016-3   Respondent(s)

### INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 30
Court Claim Number - 11-2

                                      /s/   Ronda J. Winnecour

   7/19/2022                        RONDA J WINNECOUR PA ID #30399
                                        CHAPTER 13 TRUSTEE WD PA
                                        600 GRANT STREET
                                        SUITE 3250 US STEEL TWR
                                        PITTSBURGH, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   MICHAEL MATTHEW MOLLER
   BRENDA LEE MOLLER

         Debtor(s)

  Ronda J. Winnecour

         Movant
    vs.

  US BANK NA - INDENTURE TRUSTEE CIM
TRUST 2016-3

       Respondent(s)

Case No.:18-10227TPA

Chapter 13

Document No.___

### CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL MATTHEW MOLLER, BRENDA LEE MOLLER, 1031 WEST 27TH STREET, ERIE, PA 16508
MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW, ERIE, PA 16506-4508
US BANK NA - INDENTURE TRUSTEE CIM TRUST 2016-3, C/O SELECT PORTFOLIO SERVICING*, PO BOX 65450, SALT LAKE CITY, UT  84165-0450
SELECT PORTFOLIO SERVICING**, BANKRUPTCY NOTICES**, POB 65250, SALT LAKE CITY, UT 84165
BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106

07/19/2022

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com