IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 18-10227 GLT |
| MICHAEL MATTHEW MOLLER AND | : |
| BRENDA LEE MOLLER, | : CHIEF JUDGE GREGORY L. TADDONIO |
| | : |
| Debtors. | : CHAPTER 13 |
| | : |
| MICHAEL MATTHEW MOLLER AND | : |
| BRENDA LEE MOLLER, | : |
| | : |
| Movants, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT. | : |

## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

Attached hereto is Official Form 423, Certification About a Financial Management Course.

Respectfully submitted,

THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtors

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Michael* | *Matthew* | *Moller* |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | *Brenda* | *Lee* | *Moller* |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): *18-10227 GLT*

# Official Form 423
## Certification About a Financial Management Course                    12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

   Date I took the course: **April 27, 2023**

   Name of approved provider: **Advantage Credit Counseling Service, Inc.**

   Certificate Number: ***01721-PAW-DE-037394954***

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one):*

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

   ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

X **/s/ Brenda Lee Moller**                              **Brenda Lee Moller**                Date **May 3, 2023**
   Signature of debtor named on certificate              Printed name of debtor

#1606881

Official Form 423                    **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-037394954

Bankruptcy Case Number: 18-10227



01721-PAW-DE-037394954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2023</u>, at <u>5:31</u> o'clock <u>PM EDT</u>, <u>Brenda Moller</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 2, 2023</u>          By:  <u>/s/Heaven Fanning</u>

                                  Name:  <u>Heaven Fanning</u>

                                  Title:  <u>Manager</u>