IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 18-10227 GLT |
| | : | |
| MICHAEL MATTHEW MOLLER AND | : | CHIEF JUDGE GREGORY L. TADDONIO |
| BRENDA LEE MOLLER, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| MICHAEL MATTHEW MOLLER AND | : | |
| BRENDA LEE MOLLER, | : | |
| Movants | : | |
| | : | |
| v. | : | |

NO RESPONDENT.

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__ The Debtors are not required to pay any Domestic Support Obligations.

    _____ The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 3, 2023, at Docket #57 and #58, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

__X__  Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____  Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  05/12/2023               By:   /s/ Michael Matthew Moller
                                       Debtor, Michael Matthew Moller

Dated:  05/12/2023               By:   /s/ Brenda Lee Moller
                                       Joint Debtor, Brenda Lee Moller

Respectfully submitted,

THE QUINN LAW FIRM

Dated:      05/12/2023           BY:   /s/ Michael S. Jan Janin
                                       Michael S. Jan Janin, Esquire
                                       PA Id. No. 38880
                                       2222 West Grandview Boulevard
                                       Erie, Pennsylvania 16506-4508
                                       Telephone: 814-833-2222, Ext. 1045
                                       Facsimile: 814-833-6753
                                       E-Mail Address: mjanjanin@quinnfirm.com
                                       Counsel for Debtors

1606884