Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael Matthew Moller** | : | Case No. 18−10227−GLT |
| **Brenda Lee Moller** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 67 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/20/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of June, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 67 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before August 11, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **September 20, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Matthew Moller  
Brenda Lee Moller  
    Debtors

Case No. 18-10227-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jun 27, 2023      Form ID: 604      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Matthew Moller, Brenda Lee Moller, 1031 West 27th Street, Erie, PA 16508-1521 |
| 14792439 | + | Case Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14792441 | + | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14792443 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14792444 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14792445 | | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, P.O. Box 6179, Erie, PA 16512-6179 |
| 14792448 | + | FNB Consumer Discount Co., 2501 West 12th Street, Erie, PA 16505-4527 |
| 14792456 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14803681 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14810545 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14792434 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792435 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | BarclaysCard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792436 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 00:51:00 | Beneficial Consumer Discount Co., d/b/a Beneficial Mortgage Co. of PA, 2320 West Eighth Street, Erie, PA 16505-4426 |
| 14792438 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:50 | CareCredit, Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14792440 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:19:23 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14792442 | + | Email/Text: Billing_Paperwork@emergycare.org | Jun 28 2023 00:53:00 | Emergycare, 1926 Peach Street, Erie, PA 16502-2872 |
| 14792437 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 28 2023 00:52:00 | Blaze MasterCard, P.O. Box 2534, Omaha, NE 68103-2534 |
| 14792447 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:07:12 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14792446 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:06:52 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14792449 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | GM Financial Leasing, P.O. Box 78143, Phoenix, AZ 85062-8143 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14792450 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 28 2023 00:52:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14792451 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2023 00:52:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14850314 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:20 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14850284 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14792452 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 28 2023 00:52:00 | Mariner Finance LLC, 8211 Tower Center Drive, Nottingham, MD 21236-5904 |
| 14792453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:07:09 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14792454 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:50 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14792455 | + | Email/Text: ptacct@mch1.org | Jun 28 2023 00:53:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14814999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:58:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14793191 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14832194 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 00:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14792459 | | Email/Text: amieg@stcol.com | Jun 28 2023 00:51:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14792458 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2023 00:53:00 | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14792457 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2023 00:53:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14852938 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2023 00:53:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14792460 | | Email/Text: bkelectronicnotices@usaa.com | Jun 28 2023 00:51:00 | USAA Credit Card Payments, 10750 McDermott Fwy., San Antonio, TX 78288-0509 |
| 14852700 | + | Email/Text: RASEBN@raslg.com | Jun 28 2023 00:52:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | USAA FEDERAL SAVINGS BANK, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 18-10227-GLT    Doc 69    Filed 06/29/23    Entered 06/30/23 00:31:08    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com  cwohlrab@ecf.courtdrive.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8