**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL MATTHEW MOLLER<br>BRENDA LEE MOLLER<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-10227<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/15/2018 and confirmed on 4/24/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,440.02 |
| Less Refunds to Debtor | 979.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,460.46 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,965.00 | |
|    Trustee Fee | 3,005.71 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,970.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 45,571.24 | 0.00 | 45,571.24 |
|     Acct: 4764 | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 3,247.41 | 3,247.41 | 0.00 | 3,247.41 |
|     Acct: 4764 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1200 | | | | |
|   ERIE WATER WORKS* | 249.00 | 249.00 | 0.00 | 249.00 |
|     Acct: 4700 | | | | |
| | | | | 49,067.65 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL MATTHEW MOLLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL MATTHEW MOLLER | 502.00 | 502.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL MATTHEW MOLLER | 477.56 | 477.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S JAN JANIN ESQ | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 144.43 | 144.43 | 0.00 | 144.43 |
|     Acct: 9371 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 1,847.55 | 1,847.55 | 0.00 | 1,847.55 |
|     Acct: 8408 | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 2,407.89 | 2,407.89 | 0.00 | 2,407.89 |
|     Acct: 4764 | | | | |
| | | | | 4,399.87 |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,041.34 | 646.04 | 0.00 | 646.04 |
|     Acct: 3112 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9441 | | | | |
| | BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2899 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,947.19 | 626.04 | 0.00 | 626.04 |
| | Acct: 2705 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4262 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,791.34 | 380.52 | 0.00 | 380.52 |
| | Acct: 5272 | | | | |
| | EMERGYCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0228 | | | | |
| | TENDTO CREDIT UNION | 798.45 | 169.61 | 0.00 | 169.61 |
| | Acct: 5702 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3299 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 1,143.52 | 242.91 | 0.00 | 242.91 |
| | Acct: 1316 | | | | |
| | FNB CDC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5085 | | | | |
| | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7001 | | | | |
| | MARINER FINANCE LLC | 3,112.57 | 661.17 | 0.00 | 661.17 |
| | Acct: 2740 | | | | |
| | MERRICK BANK | 1,226.54 | 260.54 | 0.00 | 260.54 |
| | Acct: 2369 | | | | |
| | MERRICK BANK | 1,813.14 | 385.15 | 0.00 | 385.15 |
| | Acct: 3703 | | | | |
| | MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4130 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2595 | | | | |
| | USAA FEDERAL SAVINGS BANK | 7,718.19 | 1,639.50 | 0.00 | 1,639.50 |
| | Acct: 5662 | | | | |
| | INTERNAL REVENUE SERVICE* | 50.59 | 10.75 | 0.00 | 10.75 |
| | Acct: 9371 | | | | |
| | ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8408 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0316 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BENEFICIAL MORTGAGE/CDC* (RE)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TSAROUSHIS LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 5,022.23 |

TOTAL PAID TO CREDITORS                                                                     58,489.75

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 4,399.87 |
| SECURED | 3,496.41 |
| UNSECURED | 23,642.87 |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL MATTHEW MOLLER
BRENDA LEE MOLLER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10227

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Matthew Moller  
Brenda Lee Moller  
    Debtors

Case No. 18-10227-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jun 27, 2023      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Matthew Moller, Brenda Lee Moller, 1031 West 27th Street, Erie, PA 16508-1521 |
| 14792439 | + | Case Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14792441 | + | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14792443 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14792444 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14792445 | | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, P.O. Box 6179, Erie, PA 16512-6179 |
| 14792448 | + | FNB Consumer Discount Co., 2501 West 12th Street, Erie, PA 16505-4527 |
| 14792456 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14803681 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14810545 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14792434 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792435 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | BarclaysCard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792436 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 28 2023 00:51:00 | Beneficial Consumer Discount Co., d/b/a Beneficial Mortgage Co. of PA, 2320 West Eighth Street, Erie, PA 16505-4426 |
| 14792438 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:50 | CareCredit, Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14792440 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:06:44 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14792442 | + | Email/Text: Billing_Paperwork@emergycare.org | Jun 28 2023 00:53:00 | Emergycare, 1926 Peach Street, Erie, PA 16502-2872 |
| 14792437 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 28 2023 00:52:00 | Blaze MasterCard, P.O. Box 2534, Omaha, NE 68103-2534 |
| 14792447 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:45:38 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14792446 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:07:03 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14792449 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | GM Financial Leasing, P.O. Box 78143, Phoenix, AZ 85062-8143 |

Case 18-10227-GLT   Doc 70   Filed 06/29/23   Entered 06/30/23 00:31:08   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14792450 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 28 2023 00:52:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14792451 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2023 00:52:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14850314 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:25 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14850284 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14792452 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 28 2023 00:52:00 | Mariner Finance LLC, 8211 Tower Center Drive, Nottingham, MD 21236-5904 |
| 14792453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:43 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14792454 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:07:07 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14792455 | + | Email/Text: ptacct@mch1.org | Jun 28 2023 00:53:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14814999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:06:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14793191 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14832194 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 00:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14792459 | | Email/Text: amieg@stcol.com | Jun 28 2023 00:51:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14792458 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2023 00:53:00 | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14792457 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2023 00:53:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14852938 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2023 00:53:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14792460 | | Email/Text: bkelectronicnotices@usaa.com | Jun 28 2023 00:51:00 | USAA Credit Card Payments, 10750 McDermott Fwy., San Antonio, TX 78288-0509 |
| 14852700 | + | Email/Text: RASEBN@raslg.com | Jun 28 2023 00:52:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | USAA FEDERAL SAVINGS BANK, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com cwohlrab@ecf.courtdrive.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8