**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Matthew Moller<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9371<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Brenda Lee Moller<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3570<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–10227–GLT

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Matthew Moller                              Brenda Lee Moller

8/14/23                                             **By the court:** Gregory L Taddonio
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                        **Chapter 13 Discharge**                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                            Case No. 18-10227-GLT

Michael Matthew Moller                                       Chapter 13

Brenda Lee Moller

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                User: auto                                     Page 1 of 3

Date Rcvd: Aug 14, 2023                        Form ID: 3180W                            Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Matthew Moller, Brenda Lee Moller, 1031 West 27th Street, Erie, PA 16508-1521 |
| 14792439 | + | Case Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14792441 | + | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14792443 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14792444 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14792445 | | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, P.O. Box 6179, Erie, PA 16512-6179 |
| 14792448 | + | FNB Consumer Discount Co., 2501 West 12th Street, Erie, PA 16505-4527 |
| 14792456 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14803681 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 15 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Aug 15 2023 03:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14810545 | + | EDI: PHINAMERI.COM | Aug 15 2023 03:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14792434 | | EDI: TSYS2 | Aug 15 2023 03:27:00 | Barclays Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792435 | | EDI: TSYS2 | Aug 15 2023 03:27:00 | BarclaysCard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792436 | + | EDI: HFC.COM | Aug 15 2023 03:27:00 | Beneficial Consumer Discount Co., d/b/a Beneficial Mortgage Co. of PA, 2320 West Eighth Street, Erie, PA 16505-4426 |
| 14792438 | | EDI: RMSC.COM | Aug 15 2023 03:27:00 | CareCredit, Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

Case 18-10227-GLT   Doc 73   Filed 08/16/23   Entered 08/17/23 00:29:20   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14792440 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2023 23:51:27 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14792442 | + | Email/Text: Billing_Paperwork@emergycare.org | Aug 14 2023 23:46:00 | Emergycare, 1926 Peach Street, Erie, PA 16502-2813 |
| 14792437 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 14 2023 23:44:00 | Blaze MasterCard, P.O. Box 2534, Omaha, NE 68103-2534 |
| 14792447 | | EDI: AMINFOFP.COM | Aug 15 2023 03:27:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14792446 | | EDI: AMINFOFP.COM | Aug 15 2023 03:27:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14792449 | | EDI: PHINAMERI.COM | Aug 15 2023 03:27:00 | GM Financial Leasing, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 14792450 | + | EDI: LCIICSYSTEM | Aug 15 2023 03:27:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14792451 | | EDI: IRS.COM | Aug 15 2023 03:27:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14850314 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:51:28 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14850284 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:39:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14792452 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 14 2023 23:44:00 | Mariner Finance LLC, 8211 Tower Center Drive, Nottingham, MD 21236-5904 |
| 14792453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:39:28 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14792454 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:39:28 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14792455 | + | Email/Text: ptacct@mch1.org | Aug 14 2023 23:46:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14814999 | | EDI: PRA.COM | Aug 15 2023 03:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14793191 | + | EDI: RECOVERYCORP.COM | Aug 15 2023 03:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14832194 | + | EDI: JEFFERSONCAP.COM | Aug 15 2023 03:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14792459 | | Email/Text: amieg@stcol.com | Aug 14 2023 23:44:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14792458 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 23:46:00 | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14792457 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 23:46:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14852938 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 23:46:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14792460 | | EDI: USAA.COM | Aug 15 2023 03:27:00 | USAA Credit Card Payments, 10750 McDermott Fwy., San Antonio, TX 78288-0509 |
| 14852700 | + | Email/Text: RASEBN@raslg.com | Aug 14 2023 23:44:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |

Case 18-10227-GLT    Doc 73    Filed 08/16/23    Entered 08/17/23 00:29:20    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: 3180W | Total Noticed: 40 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | USAA FEDERAL SAVINGS BANK, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8