IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/14/23 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL MATTHEW MOLLER
BRENDA LEE MOLLER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10227

Chapter 13

Related to Docket No. 67

## ORDER OF COURT

AND NOW, this 14th Day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Matthew Moller  
Brenda Lee Moller  
    Debtors

Case No. 18-10227-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Aug 14, 2023      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Matthew Moller, Brenda Lee Moller, 1031 West 27th Street, Erie, PA 16508-1521 |
| 14792439 | + | Case Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14792441 | + | Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14792443 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14792444 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14792445 | | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, P.O. Box 6179, Erie, PA 16512-6179 |
| 14792448 | + | FNB Consumer Discount Co., 2501 West 12th Street, Erie, PA 16505-4527 |
| 14792456 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14803681 | + | Tendto Credit Union, f/k/a Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2023 23:45:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14810545 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2023 23:45:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14792434 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2023 23:45:00 | Barclays Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792435 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2023 23:45:00 | BarclaysCard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14792436 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 14 2023 23:44:00 | Beneficial Consumer Discount Co., d/b/a Beneficial Mortgage Co. of PA, 2320 West Eighth Street, Erie, PA 16505-4426 |
| 14792438 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:18 | CareCredit, Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14792440 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2023 23:39:29 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14792442 | + | Email/Text: Billing_Paperwork@emergycare.org | Aug 14 2023 23:46:00 | Emergycare, 1926 Peach Street, Erie, PA 16502-2813 |
| 14792437 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 14 2023 23:44:00 | Blaze MasterCard, P.O. Box 2534, Omaha, NE 68103-2534 |
| 14792447 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 14 2023 23:51:14 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14792446 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 14 2023 23:51:28 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14792449 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2023 23:45:00 | GM Financial Leasing, P.O. Box 78143, Phoenix, AZ 85062-8143 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 14792450 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 14 2023 23:45:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14792451 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2023 23:45:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14850314 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:30 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14850284 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:40:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14792452 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 14 2023 23:44:00 | Mariner Finance LLC, 8211 Tower Center Drive, Nottingham, MD 21236-5904 |
| 14792453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:51:44 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14792454 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:39:28 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14792455 | + | Email/Text: ptacct@mch1.org | Aug 14 2023 23:46:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14814999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2023 23:51:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14793191 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 15 2023 00:14:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14832194 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2023 23:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14792459 | | Email/Text: amieg@stcol.com | Aug 14 2023 23:44:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14792458 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 23:46:00 | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14792457 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 23:46:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14852938 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2023 23:46:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14792460 | | Email/Text: bkelectronicnotices@usaa.com | Aug 14 2023 23:44:00 | USAA Credit Card Payments, 10750 McDermott Fwy., San Antonio, TX 78288-0509 |
| 14852700 | + | Email/Text: RASEBN@raslg.com | Aug 14 2023 23:44:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | USAA FEDERAL SAVINGS BANK, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 18-10227-GLT   Doc 74   Filed 08/16/23   Entered 08/17/23 00:29:20   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Matthew Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Brenda Lee Moller mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8